# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156178-9(43)

JOHN DOES 11-18 and JANE DOE 1, on Behalf
of Themselves and All Others Similarly Situated,
          Plaintiffs-Appellants,

v

DEPARTMENT OF CORRECTIONS,
GOVERNOR, DANIEL H. HEYNS, and
DIRECTOR OF THE DEPARTMENT OF
CORRECTIONS,
          Defendants-Appellees.

_____

SC: 156178
COA: 332182
Ct of Claims: 15-000238-MZ

JOHN DOES 1-10, on Behalf of Themselves and
All Others Similarly Situated,
          Plaintiffs-Appellants,

v

DEPARTMENT OF CORRECTIONS,
GOVERNOR, DANIEL H. HEYNS, and
DIRECTOR OF THE DEPARTMENT OF
CORRECTIONS,
          Defendants-Appellees.

_____

SC: 156179
COA: 332183
Ct of Claims: 15-000239-MZ

On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their answer to the applications for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before September 12, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____September 1, 2017_____



Clerk